Decided October 16, 2007

## JAMES DILLARD *v.* COMMISSIONER OF CORRECTION

The petitioner James Dillard's petition for certification for appeal from the Appellate Court, 102 Conn. App. 901 (AC 27422), is denied.

*Michael A. Roussos*, special public defender, in support of the petition.

*John A. East III*, senior assistant state's attorney, in opposition.

Decided October 23, 2007

## MAX F. BRUNSWICK *v.* STATEWIDE GRIEVANCE COMMITTEE

The plaintiff's petition for certification for appeal from the Appellate Court, 103 Conn. App. 601 (AC 27629), is denied.

NORCOTT and SCHALLER, Js., did not participate in the consideration or decision of this petition.

*Roger J. Frechette*, in support of the petition.

*Cathy A. Dowd*, assistant bar counsel, in opposition.

Decided October 23, 2007